UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS VILA,<br><br>        Plaintiff,<br><br>- against -<br><br>J BRAND, INC.<br><br>        Defendant. | Docket No. 1:20-cv-2107<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Carlos Vila ("Vila" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant J Brand, Inc. ("J Brand" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Swedish model Elsa Hosk, owned and registered by Vila, a New York based professional photographer. Accordingly, Vila seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Vila is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 1819 62 Street, Brooklyn, New York 11204.

6. Upon information and belief, J Brand is a foreign business corporation with a place of business at 38 Gansevoort Street, New York, New York 10014. Upon information and belief, J Brand is registered with the New York State Department of Corporations to do business in New York. At all times material hereto, J Brand has operated its Instagram Page at the URL: www.Instagram.com/JBrandJeans (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Vila photographed Swedish model Elsa Hosk (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Vila is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-193-429.

### B. Defendant's Infringing Activities

10. J Brand posted the Photograph on its Website as tool to promote its brand and to purchase the jeans in the Photograph the model is wearing. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. J Brand did not license the Photograph from Plaintiff for its Website, nor did J Brand have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. J Brand infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. J Brand is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by J Brand have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant J Brand be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
March 9, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Carlos Vila*