UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CARLOS VILA

                          Plaintiff,

-against-                                     20CV2107   (LAK)

J BRAND, INC.

                          Defendant(s).

------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff in this action has been represented by Richard Liebowitz, Esq.

        On November 25, 2020, this Court's Committee on Grievances suspended Mr. Liebowitz from practicing law in the Southern District of New York pending the outcome of disciplinary proceedings against him and further order of this Court.

        Accordingly, this action is stayed until January 4, 2021 to permit plaintiff, if plaintiff wishes to do so, to engage new counsel. In the event new counsel does not appear on behalf of plaintiff by that date, the action may continue and plaintiff may represent him-, her-, or itself pending the appearance of new counsel.

        Mr. Liebowitz is hereby directed to serve a copy of this order on the plaintiff and to file an affidavit of service thereof with the Clerk no later than December 4, 2020.

        SO ORDERED.

Dated:      November 30, 2020

                                                                 Lewis A. Kaplan
                                                             United States District Judge