UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
CARLOS VILA,                                                  :
                                                              :
                            Plaintiff,                        :     20-CV-2107 (LAK) (OTW)
                                                              :
              -against-                                       :     ORDER
                                                              :
J BRAND, INC.,                                                :
                                                              :
                            Defendant.                        :
                                                              :
                                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff in this action was formerly represented by Richard Liebowitz, who was suspended from practicing law in this Court on November 25, 2020. On November 30, 2020, the Court stayed this action to permit Plaintiff to engage new counsel. (ECF 22). On January 12, 2021, Scott Alan Burroughs and Laura M. Zaharia of Doniger / Burroughs entered notices of appearances on behalf of Plaintiff. (ECF 24-25). On February 25, 2021, Mr. Burroughs and Ms. Zaharia requested that the Court lift the stay on the case and schedule an Initial Pretrial Conference. (ECF 26). The Court has granted these requests, and an Initial Pretrial Conference is scheduled for April 8, 2021 at 11:30 am. (ECF 27-28). Accordingly, the Clerk of Court is hereby directed to terminate Richard Liebowitz as an attorney in this matter.

       **SO ORDERED.**

Dated: March 11, 2021                         _s/ Ona T. Wang_
     New York, New York                 **Ona T. Wang**
                                                       United States Magistrate Judge